IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| vs. | §    Case No. 3:08-CR-051-L |
| | §    ECF |
| JAMES McDANIEL | § |

THIRD AMENDED GOVERNMENT'S EXHIBIT LIST (Changes in bold)

| No. | Description |
|---|---|
| 1. | Video disc |
| 2. | Video disc |
| 3. | Video disc |
| 4. | Video disc |
| 5. | Video disc |
| 6. | Video disc |
| 7. | Video disc |
| 8. | Photos (Mockingbird Station Lofts,  Apartment #242) |
| 9. | Photos (Mockingbird Station Lofts,  Apartment #242) |
| 10. | Photos (Mockingbird Station Lofts,  Apartment #242) |
| 11. | Photos (Mockingbird Station Lofts,  Apartment #242) |
| 12. | Photos (Mockingbird Station Lofts,  Apartment #242) |
| 13. | Photos (Mockingbird Station Lofts,  Apartment #242) |
| 14. | Photos (Mockingbird Station Lofts,  Apartment #242) |
| 15. | Photos (Mockingbird Station Lofts,  Apartment #242) |
| 16. | Photos (Mockingbird Station Lofts,  Apartment #242) |
| 17. | Photos (Mockingbird Station Lofts,  Apartment #242) |
| 18. | 2008 Photos (5458 Winton Street) |
| 19. | 2008 Photos (5458 Winton Street) |
| 20. | 2008 Photos (5458 Winton Street) |

| No. | Description |
| --- | --- |
| 21. | Alliance Leases Application (5331 E. Mockingbird Lane; Dallas, Texas 75206) |
| 22. | Alliance Lease (5331 E. Mockingbird Lane; Dallas, Texas 75206) |
| 23. | Alliance Lease (5331 E. Mockingbird Lane; Dallas, Texas 75206) |
| 24. | Lease (5458 Winton Street) |
| 25. | Guns |
| 26. | Guns |
| 27. | Guns |
| 28. | Guns |
| 29. | Guns |
| 30. | Guns |
| 31. | Guns |
| 32. | Photo (gun) |
| 33. | Photo (gun) |
| 34. | Photo (gun) |
| 35. | Photo (gun) |
| 36. | Photo (gun) |
| 37. | Photo (gun) |
| 38. | Photo (gun) |
| 39. | Photo (gun) |
| 40. | Photo (gun) |
| 41. | Photo (gun) |
| 42. | Photo (gun) |
| 43. | Photo (gun) |
| 44. | Arrest of Charles Tipton: TX DPS Crime Lab Analysis of Drugs Tested |
| 45. | Bradley Hullum's Cellular Telephone Graph (DPS) |
| 46. | **May 2007 Calendar** |
| 47. | **Timeline** |
| 48. | Reserve |

| No. | Description |
|---|---|
| 49. | Photo (Meaghan Bosch) |
| 50. | Text message (Lauren Loeb) |
| 51. | Text message (William Shuler) |
| 52. | Audio (Interview of James McDaniel)(May 13, 2008) |
| 53. | Transcript (May 13, 2008 Interview of James McDaniel) |
| 54. | Transcript (May 13, 2008 Interview of James McDaniel) |
| 55. | Diagram of Hewitt, Texas |
| 56. | Diagram of Hewitt, Texas |
| 57. | Photos (Hewitt, Texas) |
| 58. | Photos (Hewitt, Texas) |
| 59. | Photos (Hewitt, Texas) |
| 60. | Photos (Hewitt, Texas) |
| 61. | Photos (Hewitt, Texas) |
| 62. | Photos (Hewitt, Texas) |
| 63. | Photos (Hewitt, Texas) |
| 64. | Photos (Hewitt, Texas) |
| 65. | Photos (Hewitt, Texas) |
| 66. | Photos (Hewitt, Texas) |
| 67. | Photos (Hewitt, Texas) |
| 68. | Photos (Hewitt, Texas) |
| 69. | Photos (Hewitt, Texas) |
| 70. | Photos (Hewitt, Texas) |
| 71. | Photos (Hewitt, Texas) |
| 72. | Photos (Hewitt, Texas) |
| 73. | Photos (Hewitt, Texas) |
| 74. | Photos (Hewitt, Texas) |
| 75. | Photos (Hewitt, Texas) |
| 76. | Photos (Hewitt, Texas) |
| 77. | Photos (Hewitt, Texas) |

| No. | Description |
|------|-------------|
| 78. | Photos (Hewitt, Texas) |
| 79. | Photos (Hewitt, Texas) |
| 80. | Photos (Hewitt, Texas) |
| 81. | Photos (Hewitt, Texas) |
| 82. | Photos (Hewitt, Texas) |
| 83. | Photos (Hewitt, Texas) |
| 84. | Photos (Hewitt, Texas) |
| 85. | Photos (Hewitt, Texas) |
| 86. | Photos (Hewitt, Texas) |
| 87. | Photos (Hewitt, Texas) |
| 88. | Photos (Hewitt, Texas) |
| 89. | Photos (Hewitt, Texas) |
| 90. | Photos (Hewitt, Texas) |
| 91. | Photos (Hewitt, Texas) |
| 92. | Photos (Hewitt, Texas) |
| 93. | 9-Photo Lineup |
| 94. | Green Plaid Blanket |
| 95. | Picture of Green Plaid Blanket |
| 96. | 2007 Photos (5458 Winton Street) |
| 97. | 2007 Photos (5458 Winton Street) |
| 98. | 2007 Photos (5458 Winton Street) |
| 99. | 2007 Photos (5458 Winton Street) |
| 100. | 2007 Photos (5458 Winton Street) |
| 101. | 2007 Photos (5458 Winton Street) |
| 102. | 2007 Photos (5458 Winton Street) |
| 103. | 2007 Photos (5458 Winton Street) |
| 104. | 2007 Photos (5458 Winton Street) |
| 105. | 2007 Photos (5458 Winton Street) |
| 106. | 2007 Photos (5458 Winton Street) |

| No. | Description |
| --- | --- |
| 107. | 2007 Photos (5458 Winton Street) |
| 108. | 2007 Photos (5458 Winton Street) |
| 109. | 2007 Photos (5458 Winton Street) |
| 110. | 2007 Photos (5458 Winton Street) |
| 111. | 2007 Photos (5458 Winton Street) |
| 112. | 2007 Photos (5458 Winton Street) |
| 113. | 2007 Photos (5458 Winton Street) |
| 114. | 2007 Photos (5458 Winton Street) |
| 115. | 2007 Photos (5458 Winton Street) |
| 116. | 2007 Photos (5458 Winton Street) |
| 117. | 2007 Photos (5458 Winton Street) |
| 118. | 2007 Photos (5458 Winton Street) |
| 119. | 2007 Photos (5458 Winton Street) |
| 120. | 2007 Photos (5458 Winton Street) |
| 121. | 2007 Photos (5458 Winton Street) |
| 122. | 2007 Photos (5458 Winton Street) |
| 123. | 2007 Photos (5458 Winton Street) |
| 124. | 2007 Photos (5458 Winton Street) |
| 125. | 2007 Photos (5458 Winton Street) |
| 126. | 2007 Photos (5458 Winton Street) |
| 127. | 2007 Photos (5458 Winton Street) |
| 128. | 2007 Photos (5458 Winton Street) |
| 129. | 2007 Photos (5458 Winton Street) |
| 130. | 2007 Photos (5458 Winton Street) |
| 131. | 2007 Photos (5458 Winton Street) |
| 132. | 2007 Photos (5458 Winton Street) |
| 133. | 2007 Photos (5458 Winton Street) |
| 134. | 2007 Photos (5458 Winton Street) |
| 135. | 2007 Photos (5458 Winton Street) |

| No. | Description |
|-----|-------------|
| 136. | 2007 Photos (5458 Winton Street) |
| 137. | 2007 Photos (5458 Winton Street) |
| 138. | 2007 Photos (5458 Winton Street) |
| 139. | 2007 Photos (5458 Winton Street) |
| 140. | 2007 Photos (5458 Winton Street) |
| 141. | 2007 Photos (5458 Winton Street) |
| 142. | 2007 Photos (5458 Winton Street) |
| 143. | 2007 Photos (5458 Winton Street) |
| 144. | 2007 Photos (5458 Winton Street) |
| 145. | Reserved |
| 146. | 2007 Photos (4823 Derby Lane) |
| 147. | 2007 Photos (4823 Derby Lane) |
| 148. | 2007 Photos (4823 Derby Lane) |
| 149. | 2007 Photos (4823 Derby Lane) |
| 150. | 2007 Photos (4823 Derby Lane) |
| 151. | 2007 Photos (4823 Derby Lane) |
| 152. | 2007 Photos (4823 Derby Lane) |
| 153. | 2007 Photos (4823 Derby Lane) |
| 154. | 2007 Photos (4823 Derby Lane) |
| 155. | 2007 Photos (4823 Derby Lane) |
| 156. | 2007 Photos (4823 Derby Lane) |
| 157. | 2007 Photos (4823 Derby Lane) |
| 158. | 2007 Photos (4823 Derby Lane) |
| 159. | 2007 Photos (4823 Derby Lane) |
| 160. | 2007 Photos (4823 Derby Lane) |
| 161. | 2007 Photos (4823 Derby Lane) |
| 162. | 2007 Photos (4823 Derby Lane) |
| 163. | 2007 Photos (4823 Derby Lane) |
| 164. | 2007 Photos (4823 Derby Lane) |

| No. | Description |
|-----|-------------|
| 165. | 2007 Photos (4823 Derby Lane) |
| 166. | 2007 Photos (4823 Derby Lane) |
| 167. | 2007 Photos (4823 Derby Lane) |
| 168. | 2007 Photos (4823 Derby Lane) |
| 169. | 2007 Photos (4823 Derby Lane) |
| 170. | 2007 Photos (4823 Derby Lane) |
| 171. | 2007 Photos (4823 Derby Lane) |
| 172. | 2007 Photos (4823 Derby Lane) |
| 173. | 2007 Photos (4823 Derby Lane) |
| 174. | 2007 Photos (4823 Derby Lane) |
| 175. | Photos (seized from McDaniel's residence) |
| 176. | Photos (seized from McDaniel's residence) |
| 177. | Photos (seized from McDaniel's residence) |
| 178. | Photos (seized from McDaniel's residence) |
| 179. | Photos (seized from McDaniel's residence) |
| 180. | Photos (seized from McDaniel's residence) |
| 181. | Certified Copy: Search Warrant (Derby Lane) |
| 182. | Certified Copy: Search Warrant (Winton Street) |
| 183. | Reserve |
| 184. | Reserve |
| 185. | Photos (seized from McDaniel's residence) |
| 186. | Photos (seized from McDaniel's residence) |
| 187. | Photos (seized from McDaniel's residence) |
| 188. | McDaniel's Shorts |
| 189. | 2009 Photos (Winton residence) |
| 190. | 2009 Photos (Winton residence) |
| 191. | 2009 Photos (Winton residence) |
| 192. | 2009 Photos (Winton residence) |
| 193. | 2009 Photos (Winton residence) |

| No. | Description |
|---|---|
| 194. | 2009 Photos (Winton residence) |
| 195. | 2009 Photos (Winton residence) |
| 196. | 2009 Photos (Winton residence) |
| 197. | 2009 Photos (Winton residence) |
| 198. | 2009 Photos (Winton residence) |
| 199. | 2009 Photos (Winton residence) |
| 200. | 2009 Photos (Winton residence) |
| 201. | 2009 Photos (Winton residence) |
| 202. | 2009 Photos (Winton residence) |
| 203. | 2009 Photos (Winton residence) |
| 204. | 2009 Photos (Winton residence) |
| 205. | 2009 Photos (Winton residence) |
| 206. | 2009 Photos (Winton residence) |
| 207. | 2009 Photos (Winton residence) |
| 208. | 2009 Photos (Winton residence) |
| 209. | 2007 Photos (Arrest of McDaniel) |
| 210. | 2007 Photos (Arrest of McDaniel) |
| 211. | 2007 Photos (Arrest of McDaniel) |
| 212. | 2007 Photos (Arrest of McDaniel) |
| 213. | 2007 Photos (Arrest of McDaniel) |
| 214. | 2007 Photos (Arrest of McDaniel) |
| 215. | 2007 Photos (McDaniel's Truck) |
| 216. | 2007 Photos (McDaniel's Truck) |
| 217. | 2007 Photos (McDaniel's Truck) |
| 218. | 2007 Photos (McDaniel's Truck) |
| 219. | 2007 Photos (McDaniel's Truck) |
| 220. | 2007 Photos (McDaniel's Truck) |
| 221. | 2007 Photos (McDaniel's Truck) |
| 222. | 2007 Photos (McDaniel's Truck) |

| No. | Description |
|---|---|
| 223. | 2007 Photos (McDaniel's Truck) |
| 224. | 2007 Photos (McDaniel's Truck) |
| 225. | 2007 Photos (McDaniel's Truck) |
| 226. | 2007 Photos (McDaniel's Truck) |
| 227. | 2007 Photos (McDaniel's Truck) |
| 227 | 2007 Photos (McDaniel's Truck) |
| 228. | Affidavit (Cell Records: Meaghan Bosch) |
| 229. | Cell Records: Meaghan Bosch |
| 230. | Affidavit (Cell Records: James McDaniel) |
| 231. | Cell Records: James McDaniel |
| 232. | Video (Interview of James McDaniel)(May 23, 2007) |
| 233. | Transcript (May 23, 2007 Interview of James McDaniel) |
| 234. | SWIFS Trace Evidence Reports (FL #07P0794) |
| 235. | DNA Diagnostics Report |
| 236. | SWIFS Medical Examiner Report (JP1883-07-1157) |
| 237. | Autopsy Photograph |
| 238. | Autopsy Photograph |
| 239. | Autopsy Photograph |
| 240. | Autopsy Photograph |
| 241. | Autopsy Photograph |
| 242. | Reserve |
| 243. | Orchid DNA Report (February 26, 2008) |
| 244. | SWIFS DNA Reports (FL#07P0794) |
| 245. | Meaghan Bosch's Clothing |
| 246. | Reserve |
| 247. | Reserve |
| 248. | Reserve |
| 249. | Reserve |
| 250. | SWIFS DNA Report (June 27, 2006) |

| No. | Description |
|---|---|
| 251. | SWIFS DNA Report (September 19, 2008) |
| 252. | Still photo (fm seized video) |
| 253. | Still photo (fm seized video) |
| 254. | Still photo (fm seized video) |
| 255. | Still photo (fm seized video) |
| 256. | Still photo (fm seized video) |
| 257. | Still photo (fm seized video) |
| 258. | Still photo (fm seized video) |
| 259. | Still photo (fm seized video) |
| 260. | Still photo (fm seized video) |
| 261. | Still photo (fm seized video) |
| 262. | Still photo (fm seized video) |
| 263. | Still photo (fm seized video) |
| 264. | Still photo (fm seized video) |
| 265. | Still photo (fm seized video) |
| 266. | Still photo (fm seized video) |
| 267. | Text message transcript (fm McDaniel's cell phone) |
| 268. | Photo (fm McDaniel's cell phone) |
| 269. | Photo (fm McDaniel's cell phone) |
| 270. | Photo (fm McDaniel's cell phone) |
| 271. | Photo (fm McDaniel's cell phone) |
| 272. | Photo (fm McDaniel's cell phone) |
| 273. | Photo (fm McDaniel's cell phone) |
| 274. | Video clip (fm McDaniel's cell phone) |
| 275. | Photo (fm McDaniel's cell phone) |
| 276. | Photo (fm McDaniel's cell phone) |
| 277. | Photo (fm McDaniel's cell phone) |
| 278. | Photo (fm McDaniel's cell phone) |
| 279. | Photo (fm McDaniel's cell phone) |

| No. | Description |
|---|---|
| 280. | Photo (fm McDaniel's cell phone) |
| 281. | Photo (fm McDaniel's cell phone) |
| 282. | Photo (fm McDaniel's cell phone) |
| 283. | Photo (fm McDaniel's cell phone) |
| 284. | Photo (fm McDaniel's cell phone) |
| 285. | Photo (fm McDaniel's cell phone) |
| 286. | Photo (fm McDaniel's cell phone) |
| 287. | Photo (fm McDaniel's cell phone) |
| 288. | Photo (fm McDaniel's cell phone) |
| 289. | Photo (fm McDaniel's cell phone) |
| 290. | Photo (fm McDaniel's cell phone) |
| 291. | Photo (fm McDaniel's cell phone) |
| 292. | Photo (fm McDaniel's cell phone) |
| 293. | Photo (fm McDaniel's cell phone) |
| 294. | Photo (fm McDaniel's cell phone) |
| 295. | Photo (fm McDaniel's cell phone) |
| 296. | Search Warrant (DNA buccal swab from McDaniel) |
| 297. | DNA Buccal Swab (McDaniel) |
| 298. | SWIFS DNA Report (dated April 20, 2007) |
| 299. | SWIFS DNA Report (dated July 30, 2007) |
| 300. | Orchid Cellmark DNA Report (dated October 15, 2007) |
| 301. | SWIFS Toxicology Report (dated May 15, 2007) |
| 302. | Consent To Search: Linda McDaniel (June 6, 2007) |
| 303. | Consent To Seach: Blair Benjamin (May 23, 2007) |
| 304. | TX DPS Drug Analysis Report (March 14, 2008) |
| 305. | Diagram — Winton address |
| 306. | McDaniel's Items Recovered |
| 307. | McDaniel's Items Recovered |
| 308. | McDaniel's Items Recovered |

| No. | Description |
|-----|-------------|
| 309. | McDaniel's Items Recovered |
| 310. | McDaniel's Items Recovered |
| 311. | McDaniel's Items Recovered |
| 312. | McDaniel's Items Recovered |
| 313. | McDaniel's Items Recovered |
| 314. | McDaniel's Items Recovered |
| 315. | McDaniel's Items Recovered |
| 316. | McDaniel's Items Recovered |
| 317. | McDaniel's Items Recovered |
| 318. | McDaniel's Items Recovered |
| 319. | McDaniel's Items Recovered |
| 320. | McDaniel's Items Recovered |
| 321. | McDaniel's Items Recovered |
| 322. | McDaniel's Items Recovered |
| 323. | McDaniel's Items Recovered |
| 324. | McDaniel's Items Recovered |

Respectfully submitted,

JAMES T. JACKS
ACTING UNITED STATES ATTORNEY

s/ Jay Dewald
JAY DEWALD
Assistant United States Attorney
Texas Bar No. 24001990
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:    214.659.8600
Facsimile:    214.767.4913
E-mail:       jay.dewald@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2009, I electronically filed the foregoing document with the U.S. District Clerk for the Northern District of Texas using its electronic case filing system.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means: Tom Mills.

s/ Jay Dewald
JAY DEWALD
Assistant United States Attorney