IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | Cause No. 3:08-CR-51-L |
| vs. | § | |
| | § | *ECF* |
| JAMES DAIR McDANIEL | § | |

DEFENDANT'S FIFTH AMENDED WITNESS LIST
_____

Witnesses:

1.    Linda McDaniel

2.    Bradley Hullum

3.    DPD Detective Kim Sanders

4.    Raymond Griggs

5.    Blair Benjamin

6.    Granville "G" Jones, III

7.    Roland Hernandez

8.    Ryan Webb

9.    Tommy Kemp

10.    Mark LNU

11.    Felicia Sherrill

12.    Jonathan Ferguson

13.    Matthew Kilgore

14. Jeremy Landers

15. **Melroy Fernandes**

16. Will Shuler, III

17. Kim Vest

18. Alexis Keller

19. Brian Adams

20. John Allen

21. Shawn Miner

22. Halley Miner

23. Jamey LaBove

24. Kim Hughes

25. Jill Beauregard

26. Julie Ramsey

27. Kevin Hines

28. Robert Greer

29. Ricky Howard

30. Tyra W

31. Allison McMurray

32. Austin Andres

33. William White

34. Kyle Hampton

35. Arrious Bradford

36.    Querida Veal

37.    Robert Elliott

38.    M.V. Clark

39.    Amy Thomas

40.    Greg Dykman

41.    Zennette Harris

42.    Tom Boren

43.    Sol Rivera

44.    Eva Edwards

45.    Custodian of Records - Dallas Police Department, Narcotics Division

46.    Custodian of Records - Dallas Police Department, Intelligence Division

47.    Custodian of Records - University Park Police Department

48.    Custodian of Records - Highland Park Police Department

49.    Custodian of Records - SMU Police Department

50.    Custodian of Records - Divert Court

51.    Custodian of Records - 195th Criminal District Court

52.    John Dietz

53.    Jeri Dietz

54.    **Emily Allen**

55.    **Ben Hilley**

56.    **Chris Petty**

Respectfully submitted,


_/s/ Thomas W. Mills, Jr._
THOMAS W. MILLS, JR.
State Bar No. 14167500
MILLS & WILLIAMS, L.L.P.
Premier Place, Suite 900
5910 N. Central Expressway
Dallas, Texas 75206-5141
tmills@millsandwillilams.com
214-265-9265
214-363-3167 (facsimile)

ATTORNEYS FOR DEFENDANT

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 1st day of June, 2009, I electronically filed the forgoing instrument, using the ECF system of this Court.  A copy of ths instrument is being provided to all counsel of record via the ECF system of the court.


_/s/ Thomas W. Mills, Jr._
THOMAS W. MILLS, JR.